FILED
SEP 26 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kenneth Wayne Leaming,     )
                           )
        Plaintiff,         )
                           )
v.                         )   Civil Action No. 13-1485
                           )
Barack Hussein Obama *et al.*, )
                           )
        Defendants.        )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915A (requiring the Court to screen and dismiss a prisoner's complaint upon a determination that it is frivolous).

Plaintiff is a prisoner incarcerated at the SeaTac Federal Detention Center in Seattle, Washington. He purports to register a claim against President Barack Obama or the United States, but for what injury is wholly unclear. Since the complaint "lacks an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), it will be dismissed. *See Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: September 19th, 2013

United States District Judge